BARNETT KANZER, Appellant, v. WILLIAM C. HEFFRON, Respondent.— Order and judgment unanimously affirmed, with costs. Any errors in the rulings or in

the charge of the trial court are disregarded because no substantial right of the plaintiff has been affected thereby. (Civ. Prac. Act, § 106.)